# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## Harrisonburg Division

| | |
|---|---|
| ATLANTIC COAST PIPELINE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>11.18 ACRES, MORE OR LESS, IN AUGUSTA COUNTY, VIRGINIA, *et al.*,<br><br>*Defendants*. | Case No. 5:18-cv-00060-NKM-JCH |

## PLAINTIFF'S MOTION TO EXCLUDE/LIMIT
## THE OPINIONS AND TESTIMONY OF DENNIS W. GRUELLE

Plaintiff Atlantic Coast Pipeline, LLC ("Atlantic") moves to exclude or otherwise limit the opinions and testimony of Dennis W. Gruelle ("Gruelle"), who is the real estate appraiser designated as an expert by the Defendant landowners. For the reasons discussed in the accompanying brief, the Court should grant Atlantic's motion and exclude or otherwise limit Gruelle's opinions and testimony.

Dated: February 20, 2020

ATLANTIC COAST PIPELINE, LLC
By Counsel

**/s/ Kang He**
Richard D. Holzheimer, Jr. (VSB No. 40803)
James J. Holt (VSB No. 78601)
Kang He (VSB No. 89237)
M<small>C</small>G<small>UIRE</small>W<small>OODS</small> LLP
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102
Telephone: (703) 712-5000
Facsimile: (703) 712-5050
rholzheimer@mcguirewoods.com
jholt@mcguirewoods.com
khe@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that, on February 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause a copy to be served on the following:

Stephen J. Clarke
WALDO & LYLE, P.C.
301 West Freemason Street
Norfolk, Virginia 23510
Telephone: (757) 622-5812
Facsimile: (757) 622-5815
sjc@waldoandlyle.com

/s/ Kang He
Kang He